UNITED STATES of America,
Plaintiff—Appellee,

v.

Jeffrey Ronald BANKER, Defendant—
Appellant.

No. 03–30588.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 16, 2005.

Jeffrey A. Kent, Esq., Eugene, OR, for Plaintiff–Appellee.

Bryan E. Lessley, Esq., Office of the Federal Public Defender, Eugene, OR, for Defendant–Appellant.

Before: REINHARDT, RYMER, and HAWKINS, Circuit Judges.

MEMORANDUM **

Jeffrey Ronald Banker appeals the 140-month sentence imposed following his

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

guilty plea conviction for bank robbery, in violation of 18 U.S.C. § 2113(a). We have jurisdiction under 28 U.S.C. § 1291.

Because Banker was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 915 (9th Cir.2005).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.